# Court of Appeals
# of the State of Georgia

ATLANTA,____May 19, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0391.  DARREN PETTY v. THE STATE.**

In January 2014, Darren Petty pled guilty to two counts of theft by receiving stolen property and one count of misdemeanor theft by taking. Petty filed a motion to withdraw the plea. The trial court denied the motion, and Petty appealed. In Case Number A14A2182, we remanded the case to the trial court to conduct a hearing on Petty's motion. On remand, the trial court entered an order denying Petty's motion to withdraw his plea, and Petty filed this application for discretionary appeal.

An order denying a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). We will grant a timely-filed application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Petty shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/19/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*